IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                    No. 4:05CR00014-1 GH

PINKEY MCFARLIN                                                        DEFENDANT

**ORDER**

On November 3rd, defendant filed a motion in limine to not permit the government to allow its drug task force witnesses to present testimony regarding statements made by persons present during the informant's conversations with the defendant or, in the alternative, provide a sufficient demonstration before trial that those witnesses could reliably hear and/or observe these conversations while they occurred.

By order filed on June 19th, the Court ruled on a similar motion filed by defendant as follows:

> Based on the government's representations that encounters were in fact monitored by law enforcement officers in real-time through the transmitting device as they happened, the Court is persuaded that their testimony would not be hearsay. However, as the government has no objection to the defense interviewing the officers who used the equipment and to observe the equipment itself, the Court will revisit this issue should the defense's interviews and observations prove otherwise.

As defendant has not asserted, much less presented, any further arguments or facts in support of his motion on this issue, the motion will once again be denied without prejudice.

Accordingly, defendant's November 3rd motion (#124) in limine to prohibit the law enforcement officers from testifying about what occurred during those controlled buys is hereby denied without prejudice to renew.

-1-

IT IS SO ORDERED this 7th day of November, 2006.

                                                  */s/ George Howard, Jr.*
                                                  UNITED STATES DISTRICT JUDGE