UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:05CR00014 GH |
| | ) | |
| PINKEY McFARLIN | ) | |
| | ) | |

**ORDER**

Defendant began trial on November 6, 2006. Late in the afternoon on November 13, 2006, Defendant had himself admitted into the hospital after complaining of chest pains. Various diagnostic tests determined that the Defendant has not suffered a recent heart attack and does not have a blood clot. On November 16, 2006, the Defendant underwent a stress test. Results of the stress test indicate that the Defendant may be suffering from another health problem.

The Defendant's trial has been continued five times from its original trial setting in February, 2005. Many of these continuances were based on the Defendant's representations that he is in ill health. At this time, the Court desires an independent evaluation of the Defendant's health, specifically to include an evaluation by a cardiologist.

Therefore, the Defendant shall be immediately remanded into the custody of the United States Marshal for transport to a designated Bureau of Prison's medical facility for evaluation.

IT IS SO ORDERED this 16th day of November, 2006

_____
UNITED STATES DISTRICT JUDGE