IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                    No. 4:05CR00014-1 GH

PINKEY MCFARLIN                                                         DEFENDANT

### ORDER

Since the defendant was released from the hospital during the afternoon of November 16th and he appeared for trial the morning of November 17th, the November 16th order (#139) for an independent medical evaluation is hereby vacated.

IT IS SO ORDERED this 20th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-