**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                    NO.   4:05CR00014-001 SWW

PINKEY McFARLIN

### ORDER

The above entitled cause came on for a status conference on September 14, 2007, to determine the conditions of probation for this defendant as he was unable to complete the previous special condition imposed by Judge George Howard, Jr., of spending three years at City of Faith.  After discussions on the record, the Court found that defendant's conditions of probation should be modified.

IT IS THEREFORE ORDERED that defendant's term of probation shall be modified to include the following:

1. Defendant shall be placed on home detention without electronic monitoring pending disposition of the matters on appeal.

2. Defendant may leave home for medical reasons, to go to church, for mental health visits and to meet with his attorney.

3. Defendant, subject to the guidance and supervision of the U.S. Probation Office, will be allowed to go to church on Wednesdays from approximately 7:00 p.m. to 8:00 p.m.; on Friday nights, from about 7:00 p.m. to 9:00 p.m.; and, on Sundays, from about 9:00 a.m. to 1:00 p.m. and from 6:00 p.m. to 9:00 p.m.

4. Defendant shall not leave his home otherwise than set forth above unless he has a medical emergency.

5. Defendant may not leave his home to counsel or minister to others but should instead have anyone needing his services come to his home. Defendant will need permission from the U. S. Probation

      Office to be able to conduct funerals or any other matters.

All other terms and conditions of defendant's probation previously imposed shall continue and remain in full force and effect.

IT IS SO ORDERED this 18th day of September, 2007.

                                          <u>/s/Susan Webber Wright</u>
                                          UNITED STATES DISTRICT JUDGE